UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, Plaintiff, | |
|---|---|
| -v-<br>JOSEPH D. GRIPPI, ANGELA A. GRIPPI, SOVEREIGN BANK, JP MORGAN CHASE BANK, NEW YORK STATE TAX COMMISSION, JOHN DOES NUMBERS 1 to 10 (Persons or Entities with an Interest in the Property Herein) Defendant. | Case No. __08 CV 01874__<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Joseph D. Grippi and Angela A. Grippi__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: __March 24, 2008__

/s/ Bruce R. Alter
**Signature of Attorney**
Bruce R. Alter
Alter, Goldman & Brescia, LLP
**Attorney Bar Code:** __0457__

Form Rule7_1.pdf SDNY Web 10/2007