ALTER, GOLDMAN & BRESCIA, LLP
Attorneys for Defendants
Joseph D. Grippi and Angela A. Grippi
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 670-0030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,          ECF Case

        -v-

                                      08 CV 01874

JOSEPH D. GRIPPI, ANGELA A. GRIPPI,
SOVEREIGN BANK, JP MORGAN CHASE BANK,    AFFIDAVIT OF SERVICE
NEW YORK STATE TAX COMMISSION, JOHN
DOES NUMBERS 1 to 10 (Persons or Entities with an
Interest in the Property Herein),

                        Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK      )
                                 SS:
COUNTY OF WESTCHESTER  )

       Laura Watkins being duly sworn deposes and says:

       I am not a party to the action, am over 18 years of age and reside in Harrison, New York.
       On the 24th day of March, 2008, I served an Answer via first class mail by depositing a true copy thereof properly addressed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service upon:
Michael J. Garcia
United States Attorney for the
Southern District of New York
By:  Li Yu
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY  10007

                                            **/s/ Laura Watkins**
                                            Laura Watkins

Sworn to before me this
24th day of March, 2008
**/s/ Dana P. Brescia**
Dana P. Brescia
Notary Public, State of New York
No. 02BR6056891
Qualified in Westchester County
Commission Expires 4/2/2011