UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

------------------------------------------------------------X

UNITED STATES OF AMERICA,                :       08 CV 1874 (LAP)

      Plaintiff,       :       **MEMORANDUM**

  v.                                        :

JOSEPH A. GRIPPI, ANGELA GRIPPI,        :
J.P. MORGAN CHASE BANK, NEW YORK
STATE TAX COMMISSION and JOHN DOES     :
1-10,
                                        :
      Defendants.      :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

  The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, represents J.P. Morgan Chase & Co. and/or its affiliates from time to time, and he works on some of those matters.

So Ordered:

Dated: New York, New York
   April 14, 2008

                  *Loretta A. Preska*
                  LORETTA A. PRESKA, U.S.D.J.

CGRMEMJPM2