ALTER, GOLDMAN & BRESCIA, LLP
Attorneys for Defendants
Joseph D. Grippi and Angela A. Grippi
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 670-0030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiffs,     Case No.: 08 cv 01874

   -against-

JOSEPH D. GRIPPI, ANGELA A. GRIPPI,   **RESPONSE TO VERIFIED**
SOVEREIGN BANK, JP MORGAN CAHSE BANK,   **ANSWER AND CROSS-**
NEW YORK STATE TAX COMMISSION, JOHN   **CLAIMS**
DOES NUMBERS 1 to 10 (Persons or Entities with
an Interest in the Property Described Herein),

        Defendants.
------------------------------------------------------------------------X

  JOSEPH D. GRIPPI and ANGELA A. GRIPPI, (hereinafter "Grippi"), by their attorneys Alter, Goldman & Brescia, LLP hereby respond to the following verified answer with cross-claims as follows:

  1. Grippi denies information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph "23" of the Cross-Claim.

  2. Grippi denies the allegations contained in Paragraphs "24", "25" and "26" of the Cross-Claim.

  3. Grippi denies information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph "27" of the Cross-Claim.

  4. Grippi denies the allegations contained in Paragraph "28" of the Cross-Claim.

**WHEREFORE**, Grippi demands that the Cross-Claims against them asserted by Defendant JP Morgan Chase Bank, N.A., be denied in full and further request such other and further relief as to the Court may seem just and proper.

Dated: August 11, 2008
      Harrison, New York

                              Yours, etc.

                              ALTER, GOLDMAN & BRESCIA, LLP

                              By:   **/s/Bruce R. Alter**
                                      Bruce R. Alter, Esq. (BA-0501)
                                      Attorneys for Defendants
                                      Joseph D. Grippi and Angela A. Grippi
                                      550 Mamaroneck Avenue, Suite 510
                                      Harrison, NY  10601
                                      (914) 670-0030

To:    Stephen E. Zaino, Esq.
        Pittoni, Bonchonsky & Zaino, LLP
        Attorneys for Defendant
        JP Morgan Chase Bank, N.A.,
        226 Seventh Street, Suite 200
        Garden City, NY  11530
        (516) 248-5400

        Michael J. Garcia
        United States Attorney for the
        Southern District of New York
        By:  Li Yu, Esq., Assistant U.S. Attorney
        Attorneys for Plaintiff
        86 Chambers Street
        New York, NY  10007
        (212) 637-2734

ALTER, GOLDMAN & BRESCIA, LLP
Attorneys for Defendants
Joseph D. Grippi and Angela A. Grippi
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 670-0030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                       Plaintiff,                  ECF Case

               -v-

                                                              08 CV 01874

JOSEPH D. GRIPPI, ANGELA A. GRIPPI,
SOVEREIGN BANK, JP MORGAN CHASE BANK,      AFFIDAVIT OF SERVICE
NEW YORK STATE TAX COMMISSION, JOHN
DOES NUMBERS 1 to 10 (Persons or Entities with an
Interest in the Property Herein),

                                       Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK      )
                               SS:
COUNTY OF WESTCHESTER   )

      Laura Watkins being duly sworn deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Harrison, New York.
      On the 11th day of August, 2008, I served an Response to Verified Answer and Cross-Claims via first class mail by depositing a true copy thereof properly addressed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service upon:

| | |
|---|---|
| Michael J. Garcia | Stephen E. Zaino, Esq. |
| United States Attorney for the | Pittoni, Bonchonsky & Zaino, LLP |
| Southern District of New York | Attorneys for Defendant |
| By:  Li Yu | JP Morgan Chase Bank, N.A., |
| Assistant United States Attorney | 226 Seventh Street, Suite 200 |
| 86 Chambers Street, Third Floor | Garden City, NY  11530 |
| New York, NY  10007 | |

                                                     **/s/ Laura Watkins**
                                                       Laura Watkins

Sworn to before me this
11th day of August, 2008
**/s/ Dana P. Brescia**
Dana P. Brescia
Notary Public, State of New York
No. 02BR6056891
Qualified in Westchester County
Commission Expires 4/2/2011